**ERRATA**

Please make the following changes to <u>United States v. American Casualty Co. of Reading Pennsylvania</u>, Consol. Court No.: 10-00119, Slip Op. 15-94:

- On page 16, Lines 4-5: change "Customs conducted the deposition of a confidential informant who recounted" to "a confidential informant was deposed who recounted."

- On page 26, Line 17: change "Commerce" to "Customs."

August 26, 2015